John GUIDRY, Simul–Vision Cable Systems, Ltd. and Guidry Cable Vision Management Co., Plaintiffs/Respondents,

v.

## SEVEN TRAILS WEST LLC., Defendant/Appellant.

### No. ED 97569.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 4, 2012.

Application for Transfer Denied
Nov. 20, 2012.

Michael A. Clithero, St. Louis, MO, for appellant.

Stephanie Hing–Yin To, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON. J.

### ORDER

PER CURIAM.

Seven Trails West LLC ("Seven Trails") appeals from the judgment of the Circuit Court of the City of St. Louis entered on a jury verdict that awarded John Guidry, Simul–Vision Cable Systems, Ltd., and Guidry Cable Vision Management Co. (collectively, "Simul–Vision") $1,675,000.00 in damages. Simul–Vision cross-appeals a judgment from the same court denying its motions for costs, for pre-judgment interest, and for post-judgment interest.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).